**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **ROBERT STURM,** *Plaintiff,* v. **UG2 LLC, and NPS LLC,** *Defendants.* | **CA No.: 1:24-cv-13135-MJJ** |

### CONSENT MOTION TO STAY ACTION

Plaintiff Robert Sturm hereby moves this Court for a stay of this action, and all current deadlines, for a period of one-hundred twenty (120) days and for permission to file a Report of Parties' Planning Meeting or other Status Report this Court requires within fourteen (14) days of the conclusion of any stay entered in this action. In support hereof, Plaintiff avers as follows:

1.      The undersigned is experiencing a serious health issue involving an enlarged brain aneurysm and symptoms which require emergent brain surgery after a concurrent medical condition is resolved so brain surgery is safe. As a result, the undersigned is limited in work presently, and then requires brain surgery and sufficient time to recover from any attendant surgery.

2.      The parties are also discussing the possibility of ADR prior to the undersigned brain surgery. Should the parties agree we will make the proper request for an expedited mediation.

3.      The requested 120-day stay will provide the necessary time for the undersigned to recover from her current condition.

4.      Counsel for Defendants UG2, LLC and NPS, LLC consent to the relief requested herein.

5.      As such, the undersigned respectfully submits that good cause exists for the entry

of the requested 120-day stay.

WHEREFORE, Plaintiff respectfully requests a stay of this action, including all existing deadlines, for a period of one-hundred twenty (120) days and for permission to file a Report of Parties' Planning Meeting or other Status Report within fourteen (14) days of the conclusion of any stay entered in this action.

July 1, 2026

Respectfully Submitted by Plaintiff,
ROBERT STURM
By his attorney,

 /s/ Paige Munro-Delotto
Paige Munro-Delotto, Ph.D., Esq.
BBO# 690605
Munro-Delotto Law, LLC
400 Westminster Street, Suite 200
Providence, RI 02903
(401) 521-4529
(401) 264-8035 (fax)
Email: Paige@pmdlawoffices.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2026, I electronically filed the herein documents with the

United States District Court for the District of Massachusetts by using the *CM/ECF* system. I

further certify that all counsel of record are registered as CM/ECF Filers and that they will be

served by the *CM/ECF* system.


Jennifer L. Markowski, BBO# 655927
Ryan H. Giggi, BBO# 709199
Emily C. Mayfield, BBO# 717642
Freeman Mathis & Gary, LLP
One Boston Place | 201 Washington Street
Suite 2200
Boston, MA 02108


Jennifer.markowski@fmglaw.com
Ryan.giggi@fmglaw.com
Emily.mayfield@fmglaw.com


/s/ Paige Munro-Delotto